UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SURE FIT HOME PRODUCTS, LLC et al.,

                Plaintiffs,

      -against-

MAYTEX MILLS, INC.,

                Defendant.

21 Civ. 2169 (LGS)

ORDER

---

LORNA G. SCHOFIELD, United States District Judge:

WHEREAS, Plaintiffs have filed a motion for temporary restraining order and preliminary injunction (the "Motion," Dkt. No. 7).  It is hereby

**ORDERED** that by **March 31, 2021**, Defendant shall file any opposition per the Individual Rules.  By **April 7, 2021**, Plaintiffs shall file any reply.  It is further

**ORDERED** that by **March 17, 2021**, Plaintiffs shall serve a copy of the Motion, supporting papers and this Order on Defendant and file proof of service.

Dated:  March 16, 2021
       New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**