UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SURE FIT HOME PRODUCTS, LLC et al.,

                              Plaintiffs,

             -against-

MAYTEX MILLS, INC.,

                              Defendant.

21 Civ. 2169 (LGS)

ORDER

LORNA G. SCHOFIELD, United States District Judge:

        WHEREAS, Defendant has requested an extension of the March 31, 2021, deadline for a response to Plaintiffs' motion for a preliminary injunction due to (1) counsel's recent retention and (2) religious observances in the week of March 29, 2021 (Dkt. No. 24).  Plaintiff opposes (Dkt. No. 25).  It is hereby

        **ORDERED** that by **April 14, 2021**, Defendant shall file any opposition per the Individual Rules.  By **April 21, 2021**, Plaintiffs shall file any reply per the Individual Rules.

Dated:  March 26, 2021
         New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE