UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SURE FIT HOME PRODUCTS, LLC et al., <br><br> Plaintiffs, <br><br> -against- <br><br> MAYTEX MILLS, INC., <br><br> Defendant. | 21 Civ. 2169 (LGS) <br><br> ORDER |

LORNA G. SCHOFIELD, United States District Judge:

WHEREAS, the initial pre-trial conference in this matter is scheduled for May 13, 2021, at 11:00 a.m.

WHEREAS, the parties' pre-conference letter discusses the parties' differing position regarding (1) a potential motion to disqualify Plaintiff's lead counsel and (2) the schedule for claim construction. Accordingly, it is hereby

**ORDERED** that the initial pre-trial conference is **adjourned** to **May 20, 2021, at 11:00 a.m.** It is further

**ORDERED** that by **May 12, 2021**, Defendant shall submit a letter not to exceed five single-spaced pages setting forth (1) authority supporting its contention that counsel who prosecuted patents may not assert them when a defendant raises an inequitable conduct defense and (2) its position on the claim construction schedule. By **May 18, 2021**, Plaintiff shall file a response not to exceed five single-spaced pages.

Dated: May 7, 2021
       New York, New York

*[signature]*

**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**