UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
SURE FIT HOME PRODUCTS, LLC et al.,
                       Plaintiffs,

            -against-

MAYTEX MILLS, INC.,
                       Defendant.
------------------------------------------------------------- X

21 Civ. 2169 (LGS)

**ORDER**

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the Opinion & Order, dated May 26, 2021 (Dkt. No. 54), denied Plaintiffs' motion for preliminary injunctive relief.

WHEREAS, the Civil Case Management Plan and Scheduling Order ("CMP"), dated May 20, 2021 (Dkt. No. 53), directed Plaintiffs' opening claim construction brief by June 17, 2021, and Defendant's response by July 1, 2021.

WHEREAS, on June 8, 2021, Plaintiffs noticed an appeal to the United States Court of Appeals for the Federal Circuit (Dkt. No. 60) and requested a stay of this case pending the Federal Circuit's decision or, alternatively, that Defendant be required to file its claim construction briefing before Plaintiffs (Dkt. No. 61).  The Order, dated June 9, 2021 (Dkt. No. 62), directed Defendant to respond by June 16, 2021.  That date falls one day prior to Plaintiffs' opening claim construction brief.  Accordingly, it is hereby

**ORDERED** that the deadlines for claim construction briefing set forth in the CMP are **adjourned** *sine die*.  A revised CMP setting forth a new claim construction schedule will issue after the Court rules on the parties' letter submissions.

Dated:  June 10, 2021
        New York, New York

                                                  LORNA G. SCHOFIELD
                                                  **UNITED STATES DISTRICT JUDGE**