UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
:
SURE FIT HOME PRODUCTS, LLC et al., :
                          Plaintiffs, :
: 21 Civ. 2169 (LGS)
       -against- :
: **ORDER**
MAYTEX MILLS, INC., :
                         Defendant. :
------------------------------------------------------------- X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, Defendant filed a letter requesting relief for various discovery issues in this matter (Dkt. No. 73), and Plaintiffs filed a response (Dkt. No. 77). Upon review of the parties' submissions, it is hereby

      **ORDERED** that Defendant's request for unused patent drawings (Dkt. No. 73 Part C) is **denied**, as it seeks privileged work product not relevant to the claims and defenses in this case. It is further

      **ORDERED** that Defendant's requests for the identity of Plaintiffs' patent draftsperson (Dkt. No. 73 Part B) and drafting software (Dkt. No. 73 Part D) are **granted**. To the extent Defendant requests any privileged information from the draftsperson, or electronically-stored information more than five years old, those issues will be addressed in the context of any specific request. It is further

      **ORDERED** that Defendant's requests for statements by Plaintiffs addressing (1) whether they have withheld any documents responsive to Defendant's requests for production ("RFPs") in reliance on their objections thereto and (2) a reasonable date by which they will complete document productions in response to the RFPs are **granted**. By **July 22, 2021**, Plaintiffs shall provide this information to Defendant. It is further

**ORDERED** that Defendant's requests for (1) patent file histories (Dkt. No. 77 Part A) and (2) a privilege log (Dkt. No. 77 Part E) are **denied** as moot.

The parties are reminded of their obligation under the Individual Rule to meet and confer to privately resolve any discovery issues.

The Clerk of Court is respectfully directed to close the docket entry at No. 73.

Dated: July 7, 2021
      New York, New York

                                            **LORNA G. SCHOFIELD**
                                        **UNITED STATES DISTRICT JUDGE**