```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
SURE FIT HOME PRODUCTS, LLC et al.,                         :
                                   Plaintiffs,              :
                                                            :      21 Civ. 2169 (LGS)
                    -against-                               :
                                                            :            ORDER
MAYTEX MILLS, INC.,                                         :
                                   Defendant.               :
------------------------------------------------------------X
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the Court has reviewed the letters at Docket Nos. 105, 107, 108, 109 and 110. The Court is not convinced that sufficient communications have taken place between counsel. It is hereby

**ORDERED** that the parties shall confer in person or by telephone <u>at length</u> about all discovery disputes in a sincere attempt to understand the other side's position and to reach a resolution. At the in-person or telephonic conference, the parties shall discuss each issue in detail making every possible effort to reach a reasonable agreement as to that issue. As part of this process, the Court expects that discovery disputes will be significantly narrowed and perhaps eliminated. It is further

**ORDERED** that if any disputes remain, they shall be presented in the form of a jointly composed letter, filed by **September 24, 2021**, that describes each dispute in detail and provides the opposing party's position as to that dispute in detail. Before filing such a letter, each side shall give the other an opportunity to adjust its portion of the letter to respond to the other side's written draft describing its side of the dispute.

As part of this process, the Court expects that additional narrowing of disputes will be possible. Of course, each side must make itself available to consult telephonically with opposing

counsel as part of the composition process.  It is critical that each party address in the final letter its responses to the other side's position as to each issue.  If such a letter is filed, the Court may decide any disputes based solely on the letter. It is further

**ORDERED** that the parties shall also file by **September 24, 2021**, a joint letter that details the remaining discovery to be completed, including identification of each deponent and confirmed date to be deposed, with a request if necessary to extend the deadlines in the current Case Management Plan.  It is further

**ORDERED** that, for the foregoing reasons, all requests for relief in the letters filed at Dkt. Nos. 105, 107, 109 and 110 are denied without prejudice.

The Clerk of Court is respectfully directed to close the motions at Docket Nos. 105, 107 and 108.

Dated: September 17, 2021
       New York, New York

**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**