UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
SURE FIT HOME PRODUCTS, LLC et al.,
                    Plaintiffs,

      -against-                                21 Civ. 2169 (LGS)

                                                ORDER
MAYTEX MILLS, INC.,
                    Defendant.
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, Defendant requested a pre-motion conference for a contemplated motion for judgment on the pleadings as to Plaintiffs' claims of design patent infringement (Dkt. No. 75). Plaintiffs opposed (Dkt. No. 85).

      WHEREAS, the Court's July 13, 2021, Order (Dkt. No. 87) stated that a pre-motion conference would be held following the Court's claim construction decision.

      WHEREAS, an Opinion & Order construing U.S. Design Patent No. 668,091 was issued on October 14, 2021. It is hereby

      **ORDERED** that the parties shall submit separate letters by **October 21, 2021**, stating whether it would be useful and efficient to proceed with briefing on Defendant's motion for judgment on the pleadings, or address the infringement issue later in the proceedings.

Dated: October 15, 2021
       New York, New York

                                                  LORNA G. SCHOFIELD
                                            UNITED STATES DISTRICT JUDGE