UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
SURE FIT HOME PRODUCTS, LLC et al.,        :

                                                                                     :

                 Plaintiffs,                ORDER EXTENDING DISCOVERY
                                                         :  <u>DEADLINES</u>
              -v.-

                                                         :  21 Civ. 2169 (LGS) (GWG)

MAYTEX MILLS, INC.,
                                                              :

                 Defendant.        :
---------------------------------------------------------------x

**GABRIEL W. GORENSTEIN, UNITED STATES MAGISTRATE JUDGE**

1. All non-expert discovery shall be commenced in time to be completed by December 8, 2021.

2. Disclosure of expert evidence as required by Rule 26(a)(2)(A), (B) or (C), including the identities and reports of experts, if any, will be made by January 7, 2022.

   The disclosure of expert evidence intended by a party solely to contradict or rebut expert evidence on the same subject matter disclosed by the opposing party shall be made by January 28, 2022.

3. Depositions of experts shall be completed by February 22, 2022.

4. The conference before Judge Schofield is adjourned from December 16, 2021, to Thursday, March 10, 2022, at 11:00 a.m. The status letter to Judge Schofield and any request to her for permission to make a summary judgment motion (as set forth in paragraph 13.b and 13.c of Docket # 99) shall be filed by February 24, 2022.

5. When both parties are ready and prepared to participate in a settlement conference before Judge Gorenstein, they shall file a letter to Judge Gorenstein on ECF requesting that a conference be scheduled and proposing dates on which all clients would be available to participate.

6. Discovery motions -- that is, any application pursuant to Rules 26 through 37 or 45 -- not only must comply with ¶ 2.A. of the Court's Individual Practices but also must be made promptly after the cause for such a motion arises. In addition, absent extraordinary circumstances no such application will be considered if made later than 30 days prior to the close of discovery. Untimely applications will be denied.

SO ORDERED.

Dated: October 18, 2021
       New York, New York

GABRIEL W. GORENSTEIN
United States Magistrate Judge