UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
SURE FIT HOME PRODUCTS, LLC, et al     :

                                                       :     ORDER
              Plaintiffs,

                                                       :     21 Civ. 2169 (LGS) (GWG)

   -v.-

                                                       :
MAYTEX MILLS INC.
                                                       :

             Defendants.     :
------------------------------------------------------------X

GABRIEL W. GORENSTEIN, United States Magistrate Judge

      The conference scheduled for today at 4:00 p.m. is adjourned to December 2, 2021, at 4:00 p.m. If any disputes remain they shall be presented in a joint letter filed on or before 12:00 noon on December 1, 2021, that describes each dispute in detail and contains the opposing party's position on that dispute. The same dial-in instructions apply.

      SO ORDERED.

Dated: November 18, 2021
       New York, New York

                                               _____
                                               GABRIEL W. GORENSTEIN
                                               United States Magistrate Judge