

January 10, 2022

**Via ECF**

Hon. Gabriel W. Gorenstein
United States Magistrate Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

MEMORANDUM ENDORSED

Re:   *Sure Fit Home Products LLC et al v. Maytex Mills, Inc.,* 21-cv-2169

Dear Judge Gorenstein:

We are counsel to Plaintiffs in the above matter and are submitting this joint letter on behalf of all the parties concerning the status of the parties' resolution of discovery disputes, pursuant to the Court's December 21 Order (Dkt. 138). Specifically, the parties are seeking an adjournment of the date for submitting these discovery disputes to the Court. The parties understand that this adjournment will not affect any other remaining due dates in the action.

The Court has adjourned the hearing of those disputes at the joint request of the parties on three previous occasions (November 18, 2021 (Dkt. 133); December 1, 2021 (Dkt. 135); December 21, 2021 (Dkt. 138) as the parties have been working on resolving the disputes without the Court's intervention. The current due date for submitting these issues to the Court for resolution is today, January 10, 2022 (Dkt. 138). The parties jointly seek another adjournment of that date until January 24, 2022 to continue attempting to resolve the disputes.

Respectfully submitted,

*/s/ Lee A. Goldberg*

Lee A. Goldberg (LG-9423)

cc.   Douglas Morseburg, Esq. (counsel for Maytex Mills, Inc.)

The deadline for the letter presenting discovery disputes is extended to January 24, 2022.

So Ordered.

GABRIEL W. GORENSTEIN
United States Magistrate Judge
January 11, 2022