UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
               :
SURE FIT HOME PRODUCTS, LLC et al.,   :
          Plaintiffs.   :
               :      21 Civ. 2169 (LGS)
      -against-            :
               :          ORDER
MAYTEX MILLS INC.,   :
          Defendant.   :
-------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, on January 7, 2022, Plaintiffs initiated a separate action against Defendant (No. 22 Civ. 161).

      WHEREAS, Plaintiffs filed a Related Case Statement stating that the newly filed action should be treated as related to this case (No. 22 Civ. 161, Dkt. No. 5).  It is hereby

      **ORDERED** that by **January 13, 2022**, Defendant shall file a letter (1) responding to Plaintiffs' Related Case Statement, applying Local Rule 1.6, and (2) stating how, if accepted as related, the cases should proceed in relation to each other, including whether they should be coordinated for discovery or consolidated for all purposes.  It is further

      **ORDERED** that by **January 13, 2022**, Plaintiffs shall file a letter stating (1) why they determined not to seek leave to file an amended complaint, if the cases are so related, and (2) how, if accepted as related, the cases should proceed in relation to each other, including whether they should be coordinated for discovery or consolidated for all purposes.

Dated: January 12, 2022
       New York, New York

                                              LORNA G. SCHOFIELD
                                         UNITED STATES DISTRICT JUDGE