UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
SURE FIT HOME PRODUCTS, LLC et al.,
                   Plaintiffs,

                   21 Civ. 2169

         -against-

MAYTEX MILLS INC.,
                   Defendant.
------------------------------------------------------------X
SURE FIT HOME PRODUCTS, LLC et al.,
                   Plaintiffs,

                   22 Civ. 161

         -against-                   ORDER

MAYTEX MILLS, INC.,
                   Defendant.
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

    WHEREAS, the parties in the above-captioned cases were directed to submit letters stating whether the cases should be consolidated or coordinated for purposes of discovery.

    WHEREAS, Plaintiffs filed a letter stating that the cases should be consolidated for all purposes (Dkt. No. 143), and Defendant filed a letter stating that the cases should be coordinated for pre-trial purposes (Dkt. No. 144). It is hereby

    **ORDERED** that for substantially the reasons stated in Plaintiffs' letter, the Clerk of Court shall consolidate case 21 Civ. 2169 (as lead case) with case 22 Civ. 161. All filings made after the issuance of this Order in connection with the above-captioned cases shall be entered in the docket of the lowest numbered case, 21 Civ. 2169. The Clerk of Court is further directed to close the higher-numbered case, 22 Civ. 161. It is further

    **ORDERED** that by **January 18, 2022**, the parties shall file a proposed case management plan and scheduling order for the consolidated case, including a proposed date by which Plaintiffs shall file a consolidated amended complaint. It is further

**ORDERED** that the parties shall confer regarding a briefing schedule for the preliminary injunction motion and any related matters proposed to be addressed with that motion, and by **January 18, 2022**, shall file a joint letter outlining their proposal.

Dated: January 14, 2022
      New York, New York

                                                **LORNA G. SCHOFIELD**
                                            **UNITED STATES DISTRICT JUDGE**