UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
SURE FIT HOME PRODUCTS, LLC et al.,
                              Plaintiffs,    :          21 Civ. 2169 (LGS)

                -against-                :              ORDER

MAYTEX MILLS INC.,
                              Defendant.
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, the parties filed a proposed briefing schedule for Plaintiffs' preliminary injunction motion (Dkt. No. 147).  It is hereby

      **ORDERED** that the parties' proposed briefing schedule is adopted.  Plaintiffs' preliminary injunction motion shall be briefed according to the following schedule:

- By **January 21, 2022**, Plaintiffs shall file their preliminary injunction motion.

- By **February 8, 2022**, Defendant shall file its opposition.

- By **February 22, 2022**, Plaintiffs shall file any reply.

      The parties shall comply with this Court's Individual Rules in filing the motion and supporting papers.

Dated: January 19, 2022
       New York, New York

                                                    LORNA G. SCHOFIELD
                                                UNITED STATES DISTRICT JUDGE