UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
SURE FIT HOME PRODUCTS, LLC, et al     :

                              Plaintiffs,     :     <u>ORDER</u>

       -v.-     :     21 Civ. 2169 (LGS) (GWG)

MAYTEX MILLS INC.     :

                             Defendants.     :
------------------------------------------------------------X

GABRIEL W. GORENSTEIN, United States Magistrate Judge

      The undersigned will rule on the proposed schedule (Docket # 147) as it is within the order of reference.

      That being said, the Court is left without any basis for choosing between the dates proposed by each side. The parties are directed to confer by telephone to see if they can reach agreement. If they cannot, they shall each file a letter explaining the basis for their position as to each deadline. Such filing shall be made on or before January 27, 2022.

      SO ORDERED.

Dated: January 19, 2022
      New York, New York

                                                  GABRIEL W. GORENSTEIN
                                                  United States Magistrate Judge