```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                              :
SURE FIT HOME PRODUCTS, LLC et al.,           :
                              Plaintiffs,     :       21 Civ. 2169 (LGS)
                                              :
                -against-                     :       ORDER
                                              :
MAYTEX MILLS INC.,                            :
                              Defendant.      :
----------------------------------------------------------- X
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS, in a joint status letter dated April 28, 2022 (Dkt. No. 180), Defendant stated that Plaintiffs filed another continuation application for a design patent - - i.e., Application No. 29/818,051 (the "051 Application) - - which claims a priority date of July 17, 2000.  It is hereby

**ORDERED** that by **June 8, 2022**, Plaintiffs shall file a letter addressing the status of the 051 Application and if they have any intention to file additional pleadings or motions in this action in the event the 051 Application is granted.

Dated: June 1, 2022
       New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE