

**GOLDBERG COHEN LLP**
1350 AVENUE OF THE AMERICAS, 3RD FLOOR, NEW YORK, NY 10019
PHONE: 646.380.2087  FAX: 646.514.2123

July 21, 2022

<u>Via ECF</u>
Hon. Gabriel W. Gorenstein
United States Magistrate Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

MEMORANDUM ENDORSED

      Re:    *Sure Fit Home Products LLC et al v. Maytex Mills, Inc.,* 21-cv-2169

Dear Judge Gorenstein:

      We represent Plaintiffs in this matter. We respectfully request a short adjournment of the conference of July 26th at 3:30 p.m., as scheduled in the Order issued yesterday (Dkt. 204). We are unavailable on that date due to a trial before Judge Engelmayer set for July 26th – 28th.

      This is the first request to adjourn the conference. We propose that the conference be rescheduled for Wednesday, August 3rd at 3:30pm as per the Deputy Clerk and Your Honor's Individual Rule 1.F.

      Defendant has consented to our request, and is available at that time.

      No dates are believed to be directly affected by this request, other than the fact that the conference is being called to discuss a schedule going forward.

      We thank the Court in advance for its attention to this matter.

Respectfully submitted,

*/s/ Morris E. Cohen*

Morris E. Cohen (MC-4620)

Granted.  Conference adjourned to August 3, 2022 at 3:30 p.m.  The same dial-in instructions apply.

So Ordered.

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge
July 22, 2022