UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
SURE FIT HOME PRODUCTS, LLC, et al.,
                               Plaintiffs,

-against-

MAYTEX MILLS INC.,
                               Defendant.
------------------------------------------------------------X

21 Civ. 2169 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

       WHEREAS, the Order dated February 23, 2023, directed the parties to proceed with a settlement conference before Magistrate Judge Gorenstein and to file a joint status letter at the conclusion thereof;

       WHEREAS, a settlement conference was held on March 17, 2023;

       WHEREAS, no status letter has yet been filed.  It is hereby

       **ORDERED** that, by **March 31, 2023**, the parties shall file the joint letter.

Dated: March 29, 2023
       New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**